### HARRY L. SWIFT *v.* MARIA A. SWIFT
### (8650)

O'CONNELL, FOTI and CRETELLA, Js.

Argued June 12—decision released June 20, 1990

*Bruce S. Beck,* for the appellant (defendant).
*Kevin M. O'Brien,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.